No. 6,815.—E. L. DANA LIVESTOCK CO., RESPONDENT, *v.* FRANK T. McCLURE, APPELLANT.

Decided September 8, 1931.

PER CURIAM.—The appeal herein is dismissed for laches for failure of appellant to file the transcript as required by Rule IV of this court.

*Mr. Franklin D. Tanner,* for Appellant.

No. 6,897.—S. M. SOUDERS, APPELLANT, *v.* CARBON COUNTY ET AL., RESPONDENTS.

Decided September 9, 1931.

PER CURIAM.—Respondent's motion to dismiss the appeal herein is sustained. [The motion was based on the ground that the question sought to be reviewed had become moot.]

*Mr. S. C. Merriman* and *Mr. John G. Skinner,* for Appellant.

*Mr. Edward P. Conwell* and *Mr. C. C. Rowan,* for Respondents.